UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20147-CR-KING

UNITED STATES OF AMERICA,

v.

ANGELA FRYE,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon the January 17, 2012 Report and Recommendation (R&R) of Magistrate Judge Peter R. Palermo. (DE #128). Therein, Magistrate Judge Palermo recommends that court-appointed attorney RODERICK D. VEREEN receive $24,870.00 in compensation for his representation of Defendant Angela Frye. Attorney Vereen does not object to the R&R. (DE #129). The Court has reviewed the R&R and finds that it contains well-reasoned recommendations.

Accordingly, upon due consideration, it is **ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation (**DE #128**) be, and the same is hereby, **AFFIRMED and ADOPTED**. Compensation in the amount of $24,870.00 will be approved by separate Order of the Court.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of January, 2012.

                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE

cc:     **Clerk of Court**

        **Magistrate Judge Palermo**

*Counsel for Defendant*
**Roderick Darrell Vereen**
Brinkley Henrys & Lewis
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33131
305-576-1201
Fax: 576-2304
Email: Vereen2469@aol.com